# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

Scott William Thomas

(Name of Plaintiff)

vs.

Washington Department
of Corrections. Et : AL

(Names of Defendant(s))

C17-5417BHS/TLF

**AMENDED**

CIVIL RIGHTS COMPLAINT
BY A PRISONER UNDER 42
U.S.C. § 1983

**I. Previous Lawsuits:**

    A. Have you brought any other lawsuits in any federal court in the United States while a prisoner?:

        ☐ Yes    ☑ No

    B. If your answer to A is yes, how many?: _____ N/A _____ . Describe the lawsuit in the space
below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of
paper using the same outline.)

    1. Parties to this previous lawsuit:

        Plaintiff: _N/A_____

        Defendants: _N/A_____

    2. Court (give name of District): _N/A_____

    3. Docket Number: _N/A_____

2

4. Name of judge to whom case was assigned: _N/A_

5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?): _N/A_

6. Approximate date of filing lawsuit: _N/A_

7. Approximate date of disposition: _N/A_

## II. Place of Present Confinement: Clallam Bay Correction Center

A. Is there a prisoner grievance procedure available at this institution?  ☑ Yes  ☐ No

B. Have you filed any grievances concerning the *facts* relating to this complaint?
☑ Yes  ☐ No

If your answer is NO, explain why not:

_____

_____

C. Is the grievance process completed?  ☑ Yes  ☐ No

**If your answer is YES, ATTACH A COPY OF THE FINAL GRIEVANCE RESOLUTION for any grievance concerning facts relating to this case.**

See atached

## III. Parties to this Complaint

A. Name of Plaintiff: Scott william Thomas  Inmate No.: 382460

Address: 1830 Eagle Crest way  Clallam Bay, WA 98326

(In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

B. Defendant: Washington Department  Official Position: _____
Of Corrections  Et. AL.
Place of employment: _____

C. Additional defendants: 1. MC Kenney - C.U.S
2. Haynes - Superintendent
3. Monger - 2nd Shift lieutenant
4. Bowers - 3rd Shift lieutenant

<u>1 of 1</u>                                        Sept 25, 2017

Here is a copy of my final grievance, or what I believe to be that.

I want it to be known to the court that it was never my wish to withdraw my complaint like the response says.

Whe they pulled me out to speak to food manager #1 watson about my issue is was after we had started to recieve our normal portions when she said "is there anything I can do" I said can you give me food to replace all we did not recieve? She said "NO" I said Then I dont see how you can help me. She said, "So everything is ok then" and I said not quite I lost 21 lbs and she said "Im sorry" I said ok.

She then proceeded to say "there is nothing I can physically do" I said I know its too late to relieve me of the pain, suffering and we are being fed again. She said ok were done here" then left. I thought the Grievance process would continue wether they satisfied my demands or not then I get this saying no longer pursuing.



Department of
**Corrections**
WASHINGTON STATE

| LOG I.D. NUMBER |
| --- |
| 17634561 |

**APPEAL TO LEVEL II**
**APELACIÓN AL 2DO NIVEL**

| Name: NOMBRE: | Last APELLIDO Thomas | First PRIMERO NOMBRE Scott | Middle 2DO NOMBRE W | DOC Number NUMERO DOC 382460 | Facility/FACILIDAD Office CBCC | Unit/Cell UNIDAD/CELDA EG03 |
| --- | --- | --- | --- | --- | --- | --- |

**PART A – INITIAL GRIEVANCE/PARTE A - QUEJA INICIAL**    Date Typed  6/26/17    Date Due  7/18/17

**I WANT TO APPEAL:** I am appealing this descision, because I know the answlner not to be the truth. The only thing that has brought in from an outside vendor is the loaf bread we get to make our sanwiches. We are still not getting our breakfast sandwiches on Wednesday's or Friday's. On Wednesays and Fridays also we are only getting g one PBJ and we are supposed to get two. We aren't getting wheat rolls, brownies, cookies, brand bars, muffins, etc. The production of our lunch bags are not efficient most times there are still people missing a slice of bread, cheese, or peanut butter, and so forth. there are still no real substitutions being made. We are still being deprived what our regular menu calls for. It's phsycologically damaging to be dependent on the state food and not receive it, as well as never being satisfied at any meal. Respectfully, Scott Thomas

**SUGGESTED REMEDY:** As I have previously stated I feel the kitchen staff needs to do a better job, and try harder to make sure we are getting the proper amount of food and calories.

| s/s M. Holthe, CS2 | 6/19/17 | s/s Scott Thomas | 6/16/17 |
| --- | --- | --- | --- |
| Grievance Coordinator Signature FIRMA DE COORDINADOR DE QUEJAS | Date FECHA | Grievant Signature FIRMA DE QUEJANTE | Date FECHA |

**PART B – LEVEL II RESPONSE/PARTE B RESPUESTA 2DO NIVEL**

This complaint was investigated by G. Watson, Food Manager 1. During the investigation she reviewed initial complaint and corresponding response and appeal, purchase orders & dates, and interviewed you.

When interviewed you stated that you have filed a lawsuit related to this issue and as such you don't see any reason to pursue this compliant.

Based on the information presented, it appears that you have elected to file a lawsuit regarding this matter and no longer want to pursue this grievance and as such no further action is deemed warranted. Complaint withdrawn.

| | 7/27/17 |
| --- | --- |
| Superintendent, Work Release Supervisor, Field Administrator Signature SUPERINTENDENTE | Date FECHA |

You may appeal this response by submitting a written appeal to the coordinator within five (5) working days from date this response was received.
Ud. puede apelar esta respuesta al someter una apelación por escrito al coordinador dentro de cinco (5) días de trabajo de la fecha en que esta respuesta fue recibida.

5. Mchaffie - Food manager #2  6. Watson - food manager #1

7. Kitchen A.C - Jane/John Doe  8. C.I.'s - Scott Edwards, director

**IV. Statement of Claim** 9. Jane/Jhon doe - medical responder / representative

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates, places, and other persons involved. Do not give any legal arguments or cite any cases or statutes. If you allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

On May 18TH, 2017 C.U.S McKenney handed out a flyer notifying us that, Due to contaminated water, at the (AHCC) C.I food wharehouse they would be no longer serving food prepared at (AHCC). Please see attached document for further information.

Due to the recall we were no longer being served the food in question. The problem is that three quarters of all the food we are served are packaged and prepared at the (AHCC) food industries.

From May 18TH until July 14TH we were at on a forced diet and were not recieving the proper amount of calories to sustain our bodyweight I lost 21 lbs. despite my best efforts to maintain my weight. Things such as eating everything given to me, limiting my physical movements and sleeping denrectly after meal time.

I exhausted my remedies and reached out to all the staff who I thought could help and no-one did. So, for the duration of the recall I was forced to endure weight loss, hunger pains, depression, physical and emotional trauma, and physiological torture.

My complaint continues on next page!

**V. Relief**

1 of 8

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

4

VERIFIED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

INTRODUCTION:

1. This is a 1983 action filed by myself, Scott William Thomas, a prisoner, alleging violation of my Constitutional rights to recieve food/nutriton and seeking injunctive relief and money damages.

JURISDICTION:

2. Jurisdiction of this Court is invoked to pursuant 28 U.S.C. 1331 that this is a civil rights action arising under the constitution of the united States.

3. Jurisdiction of the Court is invoked to pursuant 28 U.S.C. 1343(a)(3) in that this action Seeks to redress the deprivation, under color of law, of rights Secured by acts of congress providing for equal rights of persons within the Jurisdiction of the united States.

THE PARTIES:

4. Plantiff - Scott william Thomas at all times present was confined by the washington department of Corrections (WDOC) at Clallam bay correction Center (CBCC)

5. Defendant - Prison medical Providers (PMR) Jane/Jhon Doe at all times relevant was a Provider employed by (CBCC)

6. Defendant - Haynes at all times relevant was The Superintendant employed by (CBCC)

7. Defendant - monger at all times relevant was employed as the 2nd Shft lievtenant by (CBCC)

8. Defendant - Bowers at all times relevant was employed as The 3rd Shift lievtenant at (CBCC)

9. Defendant-Watson was at all times relevant was employed as food manager #1 by (CBCC)

10. Defendant-McHaffie was at all times relevant was employed as food manager by (CBCC)

11. Defendant-Jane/John Doe was at all times relevant was employed as kitchen AC by (CBCC)

12. Defendant-Scott Edwards was at all times relevant The Director OF CI Food Industries.

THE FACTS:

13. On May 18TH, 2017 CUS McKenney passed out a flyer, notifying us of The (AHCC) food recall do to contaminated water.

14. On May 21, 2017 I Kited CI Scott Edwards notifying him we were being Shorted at meal times. and asking him to See to it our Items are substituted.

15. On May 21, 2017 I Kited Superintendant Haynes and notified him we were being Shorted the equivelant of one meal a day

16. On May 21, 2017 I Kited C.U.S McKenney notifing him of the fact we were not being fed properly and asked him to See to it we are getting Substituted Items.

17. On May 21, 2017 I Kited the kitchen AC and asked her/him to come up with an inexpensive Substitute to replace the (AHCC) CI food items.

18. On June, 12, 2017 I kited the food managers to let them know we were still being shorted and that no attempt to remedy was being made.

19. On May 21, 2017 I kited the (PMP) to let them know we werent getting the propper nutrition.

20. On June 6, 2017 I kited the (PMP) asking them for relief via snacks or ensure, that I was concerned about my health and weight loss, hunger pains and weakness.

21. On June 21, 2017 I kited the (PMP) to be evaluated about my weight loss do to the deprivation of food because of the (AHCC) recall.

CLAIMS FOR RELIEF:
Failure to Protect, remedy, or relieve

22. The failure of Superintendant Haynes to Act on his knowledge of a serious risk of food deprivation to plantiff violated my eighth amendment right to be free from deliberate differance to my safety and health.

23. As a result of Superintendant haynes failure suffered weight loss, and was forced to endure hunger pains, physical, emotional and physcological damages.

24. The failure of 2nd shif lieutenant monger to act on his knowledge of serious risk of food deprivation to plantiff violated my eighth amendment right to be free from deliberate indiferance to my



safety and health

25  The failure of 3rd shift lieutenant Bowers to act on his knowledge of a serious risk of food deprivation of plantiff violated my eighth amendment right to be free from deliberate indifferance to my health and safety

26. The failure of food manager #2 mchaffie to act on her knowledge of a serious risk of food deprivation to plantiff violated my eighth amendment right to be free from deliberate indifferance to my health and safety.

27  As a result of defendant mchaffie's failure to substitute food items I lost weight rapidly and was forced to endure, stomach pains, depression, and physical and physcological damages.

28  The failure of food manager #1 watson to act on her knowledge of a serious risk of food deprivation to plantiff violated my eighth amendment right to be free from deliberate indifferance to my health and safety.

29. As a result of defendant watson to act on her knowledge and substitute food items I lost weight rapidly, was forced to endure stomach pains, depression and physical and physcological damages.

30. The failure of C.U.S mckenney to act on his knowledge of a serious risk of food deprivation to plantiff violated my eighth amendment

right to be free from deliberate indifferance to my health and safety

31. As a result of Defendant mckenney failure, I was deprived food and denied relief. by his failure to respond to my Kites I was mentaly and emotionally damaged.

32. The failure of The Kitchen AC'S Jane/Jhon Doe to act on there knowledge of a Serious risk of food deprivation to plantiff Violated his eighth amendment right to be from deliberate indetterance to my health and safety.

33. As a result of the kitchen AC'S failure I was starved and recieved physical and emotional damages.

34. The failure of CI director Scott edwards to act on his knowledge of a Serious risk of food deprivation to plantiff violated his eighth amendment right to be free from deliberate indifferance to his health and safety.

35. As a result of defendant Edwards failure I lost Severe weight and recieved Serious physical and emotional damages

36. The failure of (PMP) to act on their Knowledge of a Serious risk of food deprivation to plantiff violated his eighth amendment right to be from deliberate indifferance to his health and safety.

37. As a result of the (PMP) failure to relieve the plantifts deprivation I was subject to hunger pains, weight loss, and physical and emotional damages.

NEGLIGENT FAILURE TO PROTECT

38. ALL defendants named above owed me a duty of reasonable care to protect me hunger, weight loss, stomach pains, and physical, emotional and phycological damages.

39. ALL the defendants breached duty by failing to provide relief or remedy the stuation after I informed them of my fears and anguish and were all aware of the facts supporting my fears

40. The breach of duty resulted in serious physical, emotional, physcological, suffering and damages.

41. The breach of duty proximately caused damages

EXHAUSTION OF REMEDIES:

42. I exhausted my administrative remedies before filing complaint, such as The kite system and grievance system

RELIEF REQUESTED

WHEREFORE: I request that this court grant the following relief:

A. Declare that defendants: Haynes, mckenney, LT. Monger, LT Bowers, Scott Edwards, mchaffie, watson, Kitchen AC's violated my eighth amendment right To be from deliberate indifference and deprivation of life necessity IE. - FOOD.

B. Award compensatory damages for my physical, emotional, physcological damages and suffering in the amount of $100,000,000 and punative damages against each defendant under deliberate indifferance in the amount of $50,000 each

C. Grant plantiff such other relief as it may appear plantiff is entitled to.

Name Scott william Thomas Signature Scott w Thomas

Address Clallam Bay correction center 1830 eagle crest way Clallam Bay, WA 98326

9-25-17

_____
_____
_____
_____
_____
_____
_____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __25__ day of __September__ 20 _17_.

_____
(Signature of Plaintiff)

5



STATE OF WASHINGTON
### DEPARTMENT OF CORRECTIONS
#### OFFICE OF THE SECRETARY
P.O. Box 41101 • Olympia, Washington 98504-1101

May 18, 2017

**TO:**        All Staff

**FROM:**      Stephen Sinclair, Secretary

**SUBJECT:**   Airway Heights Water Quality Impacts

Based on current events involving the water supply in Airway Heights, Wash., and out of an abundance of caution, the Washington Department of Corrections is reviewing its operations as it relates to the Airway Heights Corrections Center's Correctional Industries' food operations. The Department has ceased serving any foods prepared in the Airway Heights Corrections Center that would have required water during the manufacturing process.

This decision was based on a finding of elevated levels of fluorinated organic chemicals (PFOS and PFOA) in the City of Airway Heights drinking water supply. The City of Airway Heights advised its water customers to not drink city water or use city water for cooking. This advisory will be in effect until further notice.

The levels found in the drinking water exceeded the Environmental Protection Agency (EPA) lifetime health advisory (HA) level. The advisory level is based on lifetime exposure from water ingestion, not from skin contact or breathing water vapor, which are not considered to be unsafe. While the levels found in the City of Airway Heights drinking water are above what is considered safe to drink, the amount of PFOA/PFOS in food processed with the water is likely to be much lower. The health risk from eating food processed with the water is expected to be very small.

The Department is taking the action out of an abundance of caution and not in response to any specific threat of illness.

The Department has removed foods from the meal plan which were produced at Airway Heights Corrections Center, including brownies, breakfast bars and other Airway Heights' produced baked goods. Alternative menus have been developed to avoid any of the Airway Heights' produced goods until the water issues have been resolved. The Department has ceased distributing potentially affected food products produced and distributed from Airway Heights Corrections Center to other correctional facilities and external customers.

Food is an important aspect of facility living and facility safety. We know that there will understandably be concerns and questions about the current, ongoing event. We are working with local authorities and health officials to determine when we can resume normal operations and will be sure to notify you when once we have more information. We urge patience with the anticipated questions. If you have questions about the ongoing event, please contact Scott Edwards, Correctional Industries' assistant director, at 360.725.9131.

*"Working Together for SAFE Communities"*

Department of
## Corrections
WASHINGTON STATE

**OFFENDER'S KITE**

### PAPELETA DE PETICIÓN DEL INTERNO

OFFENDER NAME (PRINT) NOMBRE DEL INTERNO (LETRA DE MOLDE)

Thomas Scott

DOC NUMBER/NÚMERO DOC: 382460

UNIT, CELL/UNIDAD, CELDA: Pine E-603

DATE/FECHA: 6-19-17

DESIRE INTERVIEW WITH OR ANSWER FROM/DESEA ENTREVISTA CON O RESPUESTA DE:

Chaplain duncan

☐ Interpreter needed for _____ (language).
☐ Necesito intérprete para _____ (idioma).

**REASON/QUESTION**
**RAZÓN/PREGUNTA**

In this handout we were given about the airway heights diet recall it says there are alternative diets we can get to stay away from the [meat]. Is the Halal diet one of these and when is the next time I can sign up for it. I thought it was only twice a year but was wondering it because the recall we may be able to sign up for one of the alternatives any time?

SIGNATURE/FIRMA

DAYS OFF/DÍAS LIBRES

**RESPONSE**
**RESPUESTA**

RESPONDER/PERSONA QUE RESPONDE

DATE/FECHA

Distribution: WHITE/YELLOW-Responder, YELLOW-Return to Offender with Response, PINK-Offender keeps
Distribución: BLANCA/AMARILLA-Persona que responde, AMARILLA-Devuelva al interno con respuesta,
ROSA-Interno
DOC 21-473 E/S (Rev. 09/21/11)

DOC 390.585, DOC 450.500

**G-3**

**OFFENDER'S KITE**

Department of
**Corrections**
WASHINGTON STATE

*PAPELETA DE PETICIÓN DEL INTERNO*

OFFENDER NAME (PRINT) *NOMBRE DEL INTERNO (LETRA DE MOLDE)*

| Thomas, Scott | INIT. CELL/UNIDAD, CELDA | DATE/FECHA |
|---|---|---|
| DOC NUMBER/NÚM. 382460 | Imu E-603 | 6-19-17 |

DESIRE INTERVIEW WITH OR ANSWER FROM/*DESEA ENTREVISTA CON O RESPUESTA DE*

Chaplain duncan

☐ Interpreter needed for_____ (language).
☐ *Necesito intérprete para_____ (idioma).*

**REASON/QUESTION**
*RAZÓN/PREGUNTA*

In this handout we were given about the
airway heights food recall it says there are
alternative diets we can get to stay away from
the foods. Is the Halal diet one of these
and when is the next time I can sign up for
it. I thought it was only twice a year,
but I was wondering it, because the recall
we may be able to sign up for one of
the alternatives any time?

SIGNATURE/FIRMA _____     DAYS OFF/*DÍAS LIBRES*

JUN 19 REC'D

**RESPONSE**
*RESPUESTA*

CBCC CHAPLAIN

Still twice a year beginning
Nov 1 + May 1. You
can fill the form out any
time for processing.

RESPONDER/*PERSONA QUE RESPONDE*     DATE/*FECHA*

Distribution: WHITE/YELLOW-Responder, YELLOW-Return to Offender with Response, PINK-Offender keeps
*Distribución: BLANCA/AMARILLA-Persona que responde, AMARILLA-Devuelva al interno con respuesta,
ROSA-Interno*
DOC 21-473 E/S (Rev. 09/21/11)                    DOC 390.585, DOC 450.500

**OFFENDER'S KITE**

Department of
**Corrections**
WASHINGTON STATE

*PAPELETA DE PETICIÓN DEL INTERNO*

OFFENDER NAME (PRINT) *NOMBRE DEL INTERNO (LETRA DE MOLDE)*

Thomas, Scott

| DOC NUMBER/*NÚMERO DOC* | FACILITY, UNIT, CELL/*FACILITY IS INSTALACIÓN/UNIDAD, CELDA* | DATE/*FECHA* |
|---|---|---|
| 382460 | E-603 | 5/21 |

DESIRE INTERVIEW WITH OR ANSWER FROM/*DESEA ENTREVISTA CON O RESPUESTA DE*

CI / Scott Edwards

☐ Interpreter needed for _____ (language).
☐ *Necesito intérprete para _____ (idioma).*

**REASON/QUESTION**
*RAZÓN/PREGUNTA*

look I know theres a recall on Airway heights products, thats not the problem. The problem is we are not getting our calories or protien there has been no attempt to substitute food items. we have been getting 1/4 to 1/2 meals. Since this began on the eighteenth we have been shorted the equivelent of 3 meals

SIGNATURE/*FIRMA*
Scott Thomas

DAYS OFF/*DÍAS LIBRES*

**RESPONSE**
*RESPUESTA*

_____

_____

_____

_____

_____

_____

| RESPONDER/*PERSONA QUE RESPONDE* | DATE/*FECHA* |
|---|---|
| | |

Distribution: **WHITE/YELLOW**-Responder, **YELLOW**-Return to Offender with Response, **PINK**-Offender keeps
*Distribución: BLANCA/AMARILLA-Persona que responde, AMARILLA-Devuelve al interno con respuesta, ROSA-Interno*
DOC 21-473 E/S (Rev. 05/23/13)                    DOC 390.585, DOC 450.500

**OFFENDER'S KITE**

## Department of
# Corrections
WASHINGTON STATE

## PAPELETA DE PETICIÓN DEL INTERNO

OFFENDER NAME (PRINT) *NOMBRE DEL INTERNO   LETRA DE MOLDE)*

Thomas, Scott

| DOC NUMBER/*NÚMERO DOC* | FACILITY, UP.., c INSTALACIÓN/N. | U/FACILITY IS .), CELDA | DATE/*FECHA* |
|---|---|---|---|
| 382460 | | E-603 | 5/21 |

DESIRE INTERVIEW WITH OR ANSWER FROM/*DESEA ENTREVISTA CON O RESPUESTA DE*

CI / Scott Edwards

☐ Interpreter needed for_____ (language).

**REASON/QUESTION**  ☐ Necesito intérprete para_____ (idioma).
*RAZÓN/PREGUNTA*

Look I know theres a recall on Airway heights products, thats not the problem. The problem is we are not getting our calories or protien there has been no attempt to substitute food items. we have been getting 1/4 to 1/2 meals. Since this began on the eighteenth we have been shorted the equivelent of 3 meals

SIGNATURE/*FIRMA*   Scott Thomas          DAYS OFF/*DÍAS LIBRES*

**RESPONSE**
*RESPUESTA*

The meals are approved by Headquarters and we expect this to be resolved in the next 7-10 days

RESPONDER/*PERSONA QUE RESPONDE*   DLR          DATE/*FECHA*   5/26/17

Distribution: WHITE/YELLOW-Responder, YELLOW-Return to Offender with Response, PINK-Offender keeps
*Distribución: BLANCA/AMARILLA-Persona que responde, AMARILLA-Devuelva al Interno con respuesta, ROSA-Interno*
DOC 21-473 E/S (Rev. 05/23/13)          DOC 390.585, DOC 450.500

**OFFENDER'S KITE**

Department of
**Corrections**
WASHINGTON STATE

*PAPELETA DE PETICIÓN DEL INTERNO*

| OFFENDER NAME (PRINT) *NOMBRE DEL INTERNO (LETRA DE MOLDE)* | | |
|---|---|---|
| Thomas, Scott | | |
| DOC NUMBER/*NÚMERO DOC* | FACILITY, UNIT /*FACILITY IS INSTALACIÓN, UNIDAD/CELDA* | DATE/*FECHA* |
| 382460 | E-603 | 5/21 |

DESIRE INTERVIEW WITH OR ANSWER FROM/*DESEA ENTREVISTA CON O RESPUESTA DE*

Prison Superintendent

☐ Interpreter needed for_____ (language).
☐ Necesito intérprete para_____ (idioma).

**REASON/QUESTION**
*RAZÓN/PREGUNTA*

look I know they had a bread
recall at Airway, but we need
to find a substitute for the food
we arent getting we are getting
1/4 meals and are not getting
the mandatory calorie intake. In
the 3days since recall we have
been shorted 3 meals

SIGNATURE/*FIRMA*                    DAYS OFF/*DÍAS LIBRES*

**RESPONSE**
*RESPUESTA*

The meals currently being
served have been approved by
Headquarters. They have been
determined to meet nutritional
standards

RESPONDER/*PERSONA QUE RESPONDE*          DATE/*FECHA*
DLR                                        5-24-17

Distribution: WHITE/YELLOW-Responder, YELLOW-Return to Offender with Response, PINK-Offender keeps
*Distribución: BLANCA/AMARILLA-Persona que responde, AMARILLA-Devuelva al interno con respuesta,
ROSA-Interno*
DOC 21-473 E/S (Rev. 05/23/13)                    DOC 390.585, DOC 450.500

**Department of Corrections**
WASHINGTON STATE

**OFFENDER'S KITE**

**PAPELETA DE PETICIÓN DEL INTERNO**

OFFENDER NAME (PRINT) *NOMBRE DEL INTERNO  (LETRA DE MOLDE)*

Thomes, Scott

| DOC NUMBER/*NÚMERO DOC* | FACILITY, UNIT, CELL/*FACILITY IS INSTALACIÓN/UNIDAD, CELDA* | DATE/*FECHA* |
|---|---|---|
| 382460 | E-603 | 5/21 |

DESIRE INTERVIEW WITH OR ANSWER FROM/*DESEA ENTREVISTA CON O RESPUESTA DE*

prison Superintendent

**REASON/QUESTION**
**RAZÓN/PREGUNTA**

☐ Interpreter needed for_____ (language).
☐ *Necesito intérprete para_____ (idioma).*

You are in control, but I recomend that during the Airway hights recall crisis, you make all of us on ad seg elligable to buy food items so we can make up our calories since the prison is refusing to feed us

SIGNATURE/*FIRMA*                    DAYS OFF/*DIAS LIBRES*

**RESPONSE**
**RESPUESTA**

RESPONDER/*PERSONA QUE RESPONDE*          DATE/*FECHA*

Distribution:  WHITE/YELLOW-Responder, YELLOW-Return to Offender with Response, PINK-Offender keeps
*Distribución: BLANCA/AMARILLA-Persona que responde, AMARILLA-Devuelva al interno con respuesta,
ROSA-Interno*
DOC 21-473 E/S (Rev. 05/23/13)                    DOC 390.585, DOC 450.500

Department of
# Corrections
WASHINGTON STATE

**OFFENDER'S KITE**

## PAPELETA DE PETICIÓN DEL INTERNO

| OFFENDER NAME (PRINT) NOMBRE DEL INTERNO (LETRA DE MOLDE) | | |
|---|---|---|
| Thomas   Scott | | |

| DOC NUMBER/NÚMERO DOC | FACILITY, UNIT, CELL/FACILITY IS INSTALACIÓN/UNIDAD, CELDA | DATE/FECHA |
|---|---|---|
| 382460 | F-603 | 5/21 |

DESIRE INTERVIEW WITH OR ANSWER FROM/DESEA ENTREVISTA CON O RESPUESTA DE
CUS McKenney

**REASON/QUESTION**
**RAZÓN/PREGUNTA**

☐ Interpreter needed for _____ (language).
☐ Necesito intérprete para _____ (idioma).

I don't know what to do, I mean
whats the best way to handle this
food crisis we have been cheated
out of the equivelent of 3 meals
in 3 days that's no good they need
to substitute food like extra bags of
chips or something they shall be giving
us the kosher bread there or bread stuff

SIGNATURE/FIRMA  Scott Thomas
DAYS OFF/DÍAS LIBRES

**RESPONSE**
**RESPUESTA**

RESPONDER/PERSONA QUE RESPONDE                    DATE/FECHA

Distribution: WHITE/YELLOW-Responder, YELLOW-Return to Offender with Response, PINK-Offender keeps
Distribución: BLANCA/AMARILLA-Persona que responde, AMARILLA-Devuelva al interno con respuesta,
    ROSA-Interno
DOC 21-473 E/S (Rev. 05/23/13)                    DOC 390.585, DOC 450.500

**Department of**
# Corrections
WASHINGTON STATE

**OFFENDER'S KITE**

## PAPELETA DE PETICIÓN DEL INTERNO

OFFENDER NAME (PRINT) NOMBRE DEL INTERNO (LETRA DE MOLDE)

Thomas  Scott

DOC NUMBER/NÚMERO DOC      FACILITY, UNIT, CELL/FACILITY IS
382460                     INSTALACIÓN/UNIDAD, CELDA        DATE/FECHA
                           E-603                            5/21

DESIRE INTERVIEW WITH OR ANSWER FROM/DESEA ENTREVISTA CON O RESPUESTA DE

Kitchen  AC

**REASON/QUESTION**   ☐ Interpreter needed for _____ (language).
**RAZÓN/PREGUNTA**    ☐ Necesito intérprete para _____ (idioma).

look if a Regular PB boat has
2 PBJS a brownie and a bag of
chips give us a sandwich 2 bags
of chips 2 apples. on Item for can
Item. or make an inexpensive ALT.
pancakes, Rice, noodles, Beans, eggs
anything to make up the calories

SIGNATURE/FIRMA _____   DAYS OFF/DÍAS LIBRES
                                   1

**RESPONSE**
**RESPUESTA**

_____

_____

_____

_____

_____

_____

RESPONDER/PERSONA QUE RESPONDE        DATE/FECHA

_____

Distribution: **WHITE/YELLOW**-Responder, **YELLOW**-Return to Offender with Response, **PINK**-Offender keeps
Distribución: **BLANCA/AMARILLA**-Persona que responde, **AMARILLA**-Devuelva al interno con respuesta,
ROSA-Interno
DOC 21-473 E/S (Rev. 05/23/13)                        DOC 390.585, DOC 450.500

Department of
**Corrections**
WASHINGTON STATE

**OFFENDER'S KITE**

*PAPELETA DE PETICIÓN DEL INTERNO*

OFFENDER NAME (PRINT) *NOMBRE DEL INTERNO (LETRA DE MOLDE)*

Thomas, Scott

| DOC NUMBER/*NÚMERO DOC* | FACILITY, UNIT, CELL/*FACILITY IS INSTALACIÓN/UNIDAD, CELDA* | DATE/*FECHA* |
|---|---|---|
| 382460 | SMU E-603 | 6/12/17 |

DESIRE INTERVIEW WITH OR ANSWER FROM/*DESEA ENTREVISTA CON O RESPUESTA DE*

Food Manager

☐ Interpreter needed for_____ (language).
☐ *Necesito Intérprete para_____ (idioma).*

**REASON/QUESTION**
*RAZÓN/PREGUNTA*

Look not only are you guys shorting
our food such as breakfast sandwiches,
muffins, cookies, bread, PBJ's, etc..
you are shorting our portions. This morning
at breakfast 6/11 I get like 1/4 scoops of oatmeal
out of the 2 full sides I was supposed to
get, also Sundays breakfast that was that
a PBJ sandwich. Be more consistent

SIGNATURE/*FIRMA*                    DAYS OFF/*DÍAS LIBRES*

**RESPONSE**
*RESPUESTA*

RESPONDER/*PERSONA QUE RESPONDE*            DATE/*FECHA*

Distribution: **WHITE/YELLOW**-Responder, **YELLOW**-Return to Offender with Response, **PINK**-Offender keeps
*Distribución: **BLANCA/AMARILLA**-Persona que responde, **AMARILLA**-Devuelva al interno con respuesta,
**ROSA**-Interno*
DOC 21-473 E/S (Rev. 05/23/13)                    DOC 390.585, DOC 450.500

**Department of**
# Corrections
WASHINGTON STATE

**OFFENDER'S KITE**

*PAPELETA DE PETICIÓN DEL INTERNO*

OFFENDER NAME (PRINT) *NOMBRE DEL INTERNO (LETRA DE MOLDE)*

Thomas, Scott

| DOC NUMBER/*NÚMERO DOC* | UNIT, CELL/*UNIDAD, CELDA* | DATE/*FECHA* |
|---|---|---|
| 382460 | Imc E-603 | 6-22-17 |

DESIRE INTERVIEW WITH OR ANSWER FROM/*DESEA ENTREVISTA CON O RESPUESTA DE*

Sgt Zabodni

☐ Interpreter needed for_____ (language).
☐ *Necesito intérprete para_____ (idioma).*

**REASON/QUESTION**
*RAZÓN/PREGUNTA*

Can you please verify for me, what
you saw and that the scale
said I weighed 220 lbs today on
6-22-17

SIGNATURE/*FIRMA*                    DAYS OFF/*DÍAS LIBRES*

**RESPONSE**
**RESPUESTA**

your statement
correct in at
Is you weighed 220

RESPONDER/*PERSONA QUE RESPONDE*          DATE/*FECHA*

Distribution: **WHITE/YELLOW**-Responder, **YELLOW**-Return to Offender with Response, **PINK**-Offender keeps
*Distribución:* **BLANCA/AMARILLA**-*Persona que responde,* **AMARILLA**-*Devuelva al interno con respuesta,*
        **ROSA**-*Interno*
DOC 21-473 E/S (Rev. 08/21/11)                    DOC 390.585, DOC 450.500

# Department of Corrections
WASHINGTON STATE

**OFFENDER'S KITE**

## PAPELETA DE PETICIÓN DEL INTERNO

OFFENDER NAME (PRINT) *NOMBRE DEL INTERNO (LETRA DE MOLDE)*

Thomas, Scott

| DOC NUMBER/*NÚMERO DOC* | UNIT, CELL/*UNIDAD, CELDA* | DATE/*FECHA* |
|---|---|---|
| 382960 | Jthc F-603 | 6-22-17 |

DESIRE INTERVIEW WITH OR ANSWER FROM/*DESEA ENTREVISTA CON O RESPUESTA DE*

SGT Zabodni

☐ Interpreter needed for _____ (language).
☐ *Necesito Intérprete para* _____ (*idioma*).

**REASON/QUESTION**
*RAZÓN/PREGUNTA*

Can you please verify for me, what
you saw and that the scale
said I weighed 270 lbs today on
6-22-17

SIGNATURE/*FIRMA* _____     DAYS OFF/*DÍAS LIBRES*

**RESPONSE**
*RESPUESTA*

RESPONDER/*PERSONA QUE RESPONDE* _____     DATE/*FECHA*

Distribution: **WHITE/YELLOW**-Responder, **YELLOW**-Return to Offender with Response, **PINK**-Offender keeps
*Distribución: BLANCA/AMARILLA-Persona que responde, AMARILLA-Devuelva al interno con respuesta,
ROSA-Interno*
DOC 21-473 E/S (Rev. 09/21/11)                    DOC 390.585, DOC 450.500



Department of
## Corrections
WASHINGTON STATE

# HEALTH SERVICES KITE

This form must be used to request non-emergency
health care services, except in facilities where kiosks or sign-up sheets are used.

*PLEASE PRINT*      ***SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY***

| LAST NAME *Thomas* | FIRST NAME *Scott* |
|---|---|

| DOC NUMBER *382960* | FACILITY *CBCC* | UNIT/CELL *E-C903* | DATE *5/21/17* | TIME *1:00 PM* |
|---|---|---|---|---|

| JOB/PROGRAM | JOB/PROGRAM HOURS | DAYS OFF |
|---|---|---|

***If you feel you have an actual medical emergency, alert the staff and do not use this form.***

**TYPE OF REQUEST (check only one box per form)**     ☐ OPTOMETRY

☑ MEDICAL       ☐ DENTAL       ☐ MENTAL HEALTH

☐ MEDICATION REFILL (list medication/s or place sticker below )     ☐ OTHER: _____

**REASON FOR REQUEST (list problem or medications needing refill)**

We are not getting enough substanance at meal
times now I feel like I have no energy and
I am concerned about my physical and mental
health due to the lack of carbohydrates, and calories,
and sugars. we are litteraly being starved in here
now since the Airway lights Recall crisis, we
need our calories to survive.

Please help!

_Scott Thomas_
OFFENDER SIGNATURE

## HEALTH SERVICES RESPONSE/ENCOUNTER
This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, non-health services issues

☐ Schedule within ____ days/weeks/months     ☐ Next available sick call     ☐ No visit required

| RESPONDER signature and stamp (all copies) | DATE and TIME |
|---|---|

**PRESCRIPTIONS MUST BE WRITTEN ON DOC 13-435, PRIMARY ENCOUNTER REPORT (PER) OR IN CIPS**
Check appropriate box if kite is to be filed in section other than Correspondence: ☐ Outpt ☐ Inpt ☐ Consult ☐ Dental ☐ MH
Distribution: **WHITE/YELLOW** – Responder, **PINK** – Offender keeps
Distribution upon completion: **WHITE** – Health Record, **YELLOW** – Return to Offender with Response
*State law (RCW 70.02; RCW 70.24.105; RCW 71.05.390) and/or federal regulations (42 CFR Part 2; 45 CFR Part 164) prohibit
disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.*



Department of
**Corrections**
WASHINGTON STATE

# DISCLOSURE STATEMENT

TO:   Scott Thomas
       Clallam Bay Corrections Center
       Clallam Bay, WA  98326

DATE:   July 28, 2017

FROM:   L.G. Onstead, RHIT
        Clallam Bay Corrections Center
        Clallam Bay, WA  98326

WA DOC #:   382460

PATIENT'S NAME:   THOMAS, Scott

DOB:   12/22/1989

### Attached is the health information you have been authorized to receive.

☒ **General release of information:** This information is intended for the person to whom it is addressed and for the stated purpose only.  It is disclosed to you from records whose confidentiality is protected by state law and may not be disclosed further without the specific consent of the person to whom it pertains or as permitted by law.

☐ **This information is not to be disclosed to the patient** without authorization from the health care professional as authorized under RCW 70.02.090 Patient's request – Denial of examination and copying.

☐ **Sexually transmitted infections, including HIV/AIDS information:** This information has been disclosed to you from records whose confidentiality is protected by state law.  State law prohibits you from making any further disclosure of it without the specific written authorization of the person to whom it pertains, or as otherwise permitted by law.  A general authorization for the release of medical or other information is NOT sufficient for this purpose.

☐ **Alcohol and drug related information:** This information has been disclosed to you from records protected by federal confidentiality rules (42 CFR part 2).  Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2.  A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of this information to criminally investigate or prosecute any alcohol or drug abuse patient.

☐ **You have been provided with the last two years of health care information.**  If you require additional information, please contact me.

☐ **Please destroy records when no longer needed.**

☐ **Other:**

*State law (RCW 70.02) and/or federal regulations (42 CFR Part 2) prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.*

Photo Display



**DOC Number: 382460**
**Name: THOMAS, Scott William**
**Date of Photo: 05/01/2015 04:09:04 PM**
**Source of Photo: TAS**

[ Close ]   [ View All Photo ]

COPY 5/4/2015



OFFENDER I.D. DATA: **THOMAS, SCOTT**
(Name, DOC#, DOB)   **382460     12/22/1989**

**Department of**
# Corrections
WASHINGTON STATE

## HEALTH INFORMATION DISCLOSURE

| RELEASED BY (DOC STAFF NAME/TITLE)<br>L.G. Onstead, RHIT/Forms & Records Analyst 2 | DATE<br>7/28/17 | TIME<br>0930 |
|---|---|---|

RELEASE TO (REQUESTER'S NAME/TITLE)
Scott Thomas

| REQUESTER'S ADDRESS<br>Clallam Bay Corrections Center<br>Clallam Bay, WA   98326 | REQUESTER'S TELEPHONE |
|---|---|

Reason health information was reviewed/released:

Personal request (kite dated 6/17).

If health information was released via copies/fax, state inclusive dates, consultations, reports, etc.:

Offender Picture dated 5/15;

General Purpose Outpatient Flow Sheet.

If health information was verbally released, state what information was given:

Health information was release by (check as applicable):

☒ Copies       ☐ Fax       ☐ Review       ☐ Scan/E-mail       ☐ Telephone       ☐ Verbal

L.G. Onstead, RHIT
SIGNATURE – CHECK APPROPRIATE BOX: ☒ Signature and stamp of person disclosing information
☒ Signature of patient receiving information

07/28/2017
DATE

*State law (RCW 70.02) and/or federal regulations (42 CFR Part 2) prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.*



**Department of**
**Corrections**
WASHINGTON STATE

OFFENDER I.D. DATA:

(Name, DOC#, DOB)

THOMAS, SCOTT

382460   12-22-89

## GENERAL PURPOSE OUTPATIENT FLOW SHEET

KEY:    LYING   ◯— SITTING ◯     STANDING   ◯

FACILITY   CBCC

| DATE (MM/YY) | TIME USE 24 HR CLOCK | B/P | TEMP. | PULSE | RESP. | O₂ SAT | WEIGHT | BLOOD SUGAR | COMMENTS - INITIALS |
|---|---|---|---|---|---|---|---|---|---|
| 6-15-15 | 1945 | 115/68 | 97.7 | 71 | 16 | 98% | 252 | | AF |
| 1-12-15 | 1818 | 144/88 | 96.9 | 55 | 18 | 96.9 | 243 | | RF |
| 2/23/17 | 1001 | 147/71 | 96.6 | 58 | 14 | 100% | 229 | | welled U |
| 4/22/17 | | 130/90 | | 112 | 16 | 99% | 241 | | assessment by S. Long, LPN ✍ Loretta Onstead, RHIT |
| 6/27/17 | 1200 | 135/85 | 98° | 58 | | 99% | 220 | | by R. Preston, LPN ✍ Loretta Onstead, RHIT |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

*State law (RCW 70.02; RCW 70.24.105; RCW 71.05.390) and/or federal regulations (42 CFR Part 2; 45 CFR Part 164) prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.*

DOC 13-422 (06/22/2010)



FLOWSHEET
COPY

6.3



Department of
**Corrections**
WASHINGTON STATE

**HEALTH SERVICES KITE**

This fill and print form is for healthcare staff to initiate communication with patients.
Patient offenders are to use the 3-part NCR form to communicate with staff.

| LAST NAME **THOMAS** | | FIRST NAME **Scott** |
|---|---|---|
| DOC NUMBER **382460** | FACILITY **CBCC** | UNIT/CELL **E/G03** |

**HEALTH SERVICES RESPONSE/ENCOUNTER**
This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, non-health services issues

## TYPE OF RESPONSE

☐ MEDICAL  ☐ DENTAL  ☐ MENTAL HEALTH

☐ OPTOMETRY  ☒ OTHER: **Medical records**

| ☐ Schedule within _____ days/weeks/months | ☐ Next available sick call | ☐ No visit required |
|---|---|---|

**Just received your kite dated 6/24/17.**

**You have two options when requesting medical records:**

\*  **You may kite Medical Records and request a medical records review.**

**OR**

\*  **You may send your request to the Public Disclosure Unit**
          **PO Box 41118**
          **Olympia, WA  98504-1118**

**Copying of records cost 20 cents per side copied.**

MIM Distributor
PO Box 40799
San Fransisco, CA 94140
Lock & Key

| RESPONDER typed name and signature **L.G. Onstead, RHIT** | DATE **06/26/2017** |
|---|---|

**PRESCRIPTIONS MUST BE WRITTEN ON DOC 13-435 PRIMARY ENCOUNTER REPORT (PER) OR IN CIPS**
Distribution: ORIGINAL – Health Record, COPY – Offender

*State law (RCW 70.02) and/or federal regulations (42 CFR Part 2) prohibit disclosure of this information without the specific written*
*consent of the person to whom it pertains, or as otherwise permitted by law.*

DOC 13-423FP (06/01/2015)          DOC 610.040          DOC 610.650          DOC 630.500                    KITES

 

Department of
**Corrections**
WASHINGTON STATE

**HEALTH SERVICES KITE**

This fill and print form is for healthcare staff to initiate communication with patients.
Patient offenders are to use the 3-part NCR form to communicate with staff.

| LAST NAME **Thomas** | FIRST NAME **Scott** |
|---|---|

| DOC NUMBER **382460** | FACILITY **CBCC** | UNIT/CELL **IMU** |
|---|---|---|

## HEALTH SERVICES RESPONSE/ENCOUNTER

This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, non-health services issues

**TYPE OF RESPONSE**

☒ MEDICAL    ☐ DENTAL    ☐ MENTAL HEALTH
☐ OPTOMETRY    ☐ OTHER: _____

| ☐ Schedule within _____ days/weeks/months | ☐ Next available sick call | ☐ No visit required |
|---|---|---|

Mr. Thomas,

The BMI calculator states that a healthy weight for you is 160-216 lbs.

Your last weight was 220 6/27/17

| RESPONDER typed name and signature | DATE |
|---|---|
| Ms. Peterson PA-C | 06/28/2017 |

**PRESCRIPTIONS MUST BE WRITTEN ON DOC 13-435 PRIMARY ENCOUNTER REPORT (PER) OR IN CIPS**

Distribution: ORIGINAL -- Health Record, COPY – Offender

*State law (RCW 70.02) and/or federal regulations (42 CFR Part 2) prohibit disclosure of this information without the specific written
consent of the person to whom it pertains, or as otherwise permitted by law.*

DOC 13-423FP (06/01/2015)    DOC 610.040    DOC 610.650    DOC 630.500    KITES



**Department of**
**Corrections**
WASHINGTON STATE

**HEALTH SERVICES KITE**

This fill and print form is for healthcare staff to initiate communication with patients.
Patient offenders are to use the 3-part NCR form to communicate with staff.

| LAST NAME Thomas | FIRST NAME Scott |
|---|---|

| DOC NUMBER 382460 | FACILITY CBCC | UNIT/CELL EQ03 |
|---|---|---|

## HEALTH SERVICES RESPONSE/ENCOUNTER

This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, non-health services issues

**TYPE OF RESPONSE**

☒ MEDICAL          ☐ DENTAL          ☐ MENTAL HEALTH
☐ OPTOMETRY        ☐ OTHER: _____

☑ Schedule within _____ days/weeks/months    ☐ Next available sick call    ☐ No visit required

Labs done on _____ were ☒ within normal limits.          *normal Kidney*
                              ____ remain unchanged.            *+ liver functions*
                              ____ Please sign up for Sick Call.
                                                                *Blood count normal*

X-Rays done on _____ were ____ within normal limits.
                              ____ remain unchanged.
                              ____ Please sign up for Sick Call.

Please send a Health Services Kite to the Health Care Unit if you have any further questions or concerns.

| RESPONDER typed name and signature   Krohn~   E. Krohn, ARNP, MSN | DATE 2-3-17 |
|---|---|

**PRESCRIPTIONS MUST BE WRITTEN ON DOC 13-435 PRIMARY ENCOUNTER REPORT (PER) OR IN CIPS**
Distribution: ORIGINAL – Health Record, COPY – Offender

State law (RCW 70.02) and/or federal regulations (42 CFR Part 2) prohibit disclosure of this information without the specific written
consent of the person to whom it pertains, or as otherwise provided by law.

G3



**HEALTH SERVICES KITE**

Department of
**Corrections**
WASHINGTON STATE

This form must be used to request non-emergency
health care services, except in facilities where kiosks or sign-up sheets are used.

*PLEASE PRINT*          ***SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY***

| LAST NAME Thomas, | FIRST NAME Scott | | | |
|---|---|---|---|---|
| DOC NUMBER 382460 | FACILITY CBCC | UNIT/CELL IMU E-603 | DATE 6-6-17 | TIME 11:30 AM |
| JOB/PROGRAM | | JOB/PROGRAM HOURS | DAYS OFF | |

**If you feel you have an actual medical emergency, alert the staff and do not use this form.**

**TYPE OF REQUEST (check only one box per form)**

☑ MEDICAL          ☐ DENTAL          ☐ MENTAL HEALTH

☐ MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

☐ OPTOMETRY          ☐ OTHER: _____

**REASON FOR REQUEST (list problem or medications needing refill)**

So, my last kite I sent to you about this issue you told me I dont meet the criteria for supplemental snacks. Because I'm overweight but that's not the point the point is I'm loosing weight, without cause, that is the result of not being fed the correct amount of supplemental necessity to maintain my size. Since the Airway height recall we are being shorted our meals and I feel my body is eating my muscle to survive I feel dizzy sometimes, and weak most of the time, like I have no energy. I feel im being physically and mentally tortured due to the starvation from Deprevation of food.

_Scott williams_
OFFENDER SIGNATURE

**HEALTH SERVICES RESPONSE/ENCOUNTER**
This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, non-health services issues

| ☐ Schedule within ___ days/weeks/months | ☑ Next available sick call | ☐ No visit required |
|---|---|---|

Mr. Thomas,
Your BMI is 26.5. Overweight.
You are not starving.

| RESPONDER signature and stamp (all copies) | DATE and TIME 6/9/17 |
|---|---|

**PRESCRIPTIONS MUST BE WRITTEN ON DOC 13-435 PRIMARY ENCOUNTER REPORT (PER) OR IN CIPS**

Distribution: **WHITE/YELLOW** – Responder, **PINK** – Offender keeps
Distribution upon completion: **WHITE** – Health Record, **YELLOW** – Return to Offender with Response

*State law (RCW 70.02) and/or federal regulations (42 CFR Part 2) prohibit disclosure of this information without the specific written
consent of the person to whom it pertains, or as otherwise permitted by law.*

DOC 13-423 (11/20/2015)          DOC 610.040   DOC 610.650   DOC 630.500   DOC 630.540          KITES


**Department of**
**Corrections**
WASHINGTON STATE

**HEALTH SERVICES KITE**

This form must be used to request non-emergency
health care services, except in facilities where kiosks or sign-up sheets are used.

*PLEASE PRINT*                    ***SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY***

| LAST NAME Thomas, | | FIRST NAME Scott | | |
|---|---|---|---|---|
| DOC NUMBER 382460 | FACILITY CTCC | UNIT/CELL JMU E - G03 | DATE 6-6-17 | TIME 11:30 AM |
| JOB/PROGRAM | | JOB/PROGRAM HOURS | DAYS OFF | |

*If you feel you have an actual medical emergency, alert the staff and do not use this form.*

**TYPE OF REQUEST (check only one box per form)**

[✓] MEDICAL        [ ] DENTAL        [ ] MENTAL HEALTH

[ ] MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

[ ] OPTOMETRY     [ ] OTHER: _____

**REASON FOR REQUEST (list problem or medications needing refill)**

So, my last kite I sent to you about this issue, you told me
I dont meet the criteria for supplemental snacks. Because im overweight
but thats not the point. the point is I'm loosing weight, without cause,
that is the result of not being fed the correct amount of supplemental
necessity to maintain my size. Since the Airway height recall we are
being shorted our meals, and I feel my body is eating my muscle to survive
I feel, dizzy sometimes, and weak most of the time, like I have
no energy. I feel im being physicaly and mentaly tortured due to the starvation
from deprevation of food.

Scott W. Thomas
OFFENDER SIGNATURE

**HEALTH SERVICES RESPONSE/ENCOUNTER**

This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, non-health services issues

[ ] Schedule within _____ days/weeks/months     [ ] Next available sick call     [ ] No visit required

_____

_____

_____

_____

_____

| RESPONDER signature and stamp (all copies) | DATE and TIME |
|---|---|

**PRESCRIPTIONS MUST BE WRITTEN ON DOC 13-435 PRIMARY ENCOUNTER REPORT (PER) OR IN CIPS**

Distribution: WHITE/YELLOW – Responder, PINK – Offender keeps
Distribution upon completion: WHITE – Health Record, YELLOW – Return to Offender with Response

*State law (RCW 70.02) and/or federal regulations (42 CFR Part 2) prohibit disclosure of this information without the specific written*
*consent of the person to whom it pertains, or as otherwise permitted by law.*

DOC 13-423 (11/20/2015)        DOC 610.040    DOC 610.650    DOC 630.500    DOC 630.540        KITES



**Department of**
**Corrections**
WASHINGTON STATE

**HEALTH SERVICES KITE**

This form must be used to request non-emergency
health care services, except in facilities where kiosks or sign-up sheets are used.

*PLEASE PRINT*                    *SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY*

| LAST NAME Thomas, Scott | | FIRST NAME | | |
|---|---|---|---|---|
| DOC NUMBER 382460 | FACILITY CBCC | UNIT/CELL IMU E-603 | DATE 6-17-17 | TIME 3:00 pm |
| JOB/PROGRAM | | JOB/PROGRAM HOURS | DAYS OFF | |

**If you feel you have an actual medical emergency, alert the staff and do not use this form.**

**TYPE OF REQUEST (check only one box per form)**

☑ MEDICAL           ☐ DENTAL              ☐ MENTAL HEALTH

☐ MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

☐ OPTOMETRY         ☐ OTHER: _____

**REASON FOR REQUEST (list problem or medications needing refill)**

I am concerned about my weight loss, due to my being
underfed, because of all the calories we are not getting, cause
of the Airway heights recall. I'm In the hole I have no
physical activity and am doing everything I can to preserve
my weight, such as eating everything I get, going to sleep
directly after meal times and preserving my calories. I have
no illnesses or diseases, so I shouldn't be losing weight. Anatomy one on one
The only way to loose weight is to burn more calories than you take in
and Im doing everything I can
not to burn calories, and Im still
losing weight.

_~Scott Thomas~_
OFFENDER SIGNATURE

**HEALTH SERVICES RESPONSE/ENCOUNTER**

This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, non-health services issues

☐ Schedule within _____ days/weeks/months    ☐ Next available sick call    ☐ No visit required

Sign up for sick call to
be evaluated.
Height 6' 7"  weight on entry to DOC 241
            weight 4/22/17 into IMU 241
BMI 27.1 (overweight)

| RESPONDER signature and stamp (all copies) MSN Krohn Alex Krohn, ARNP | DATE and TIME 6-19-17 | 0920 |
|---|---|---|

**PRESCRIPTIONS MUST BE WRITTEN ON DOC 13-435 PRIMARY ENCOUNTER REPORT (PER) OR IN CIPS**

Distribution: WHITE/YELLOW – Responder, PINK – Offender keeps
Distribution upon completion: WHITE – Health Record, YELLOW – Return to Offender with Response

*State law (RCW 70.02) and/or federal regulations (42 CFR Part 2) prohibit disclosure of this information without the specific written
consent of the person to whom it pertains, or as otherwise permitted by law.*

DOC 13-423 (11/20/2015)    DOC 610.040   DOC 610.650   DOC 630.500   DOC 630.540                    KITES

 

### Department of
## Corrections
#### WASHINGTON STATE

# HEALTH SERVICES KITE

This form must be used to request non-emergency
health care services, except in facilities where kiosks or sign-up sheets are used.

*PLEASE PRINT*                    ***SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY***

| LAST NAME Thomas, Scott | | FIRST NAME | | |
|---|---|---|---|---|
| DOC NUMBER 382460 | FACILITY CBCC | UNIT/CELL IMU E-603 | DATE 6-17-17 | TIME 3:00 pm |
| JOB/PROGRAM | JOB/PROGRAM HOURS | | DAYS OFF | |

**If you feel you have an actual medical emergency, alert the staff and do not use this form.**

## TYPE OF REQUEST (check only one box per form)

☑ MEDICAL             ☐ DENTAL             ☐ MENTAL HEALTH

☐ MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

☐ OPTOMETRY          ☐ OTHER: _____

## REASON FOR REQUEST (list problem or medications needing refill)

I am concerned about my weight loss, due to my being
undertood, because of all the calories we are not getting, base
of the Airway heights recall. I'm In the hole I have no
physical activity and am doing everything I can to preserve
my weight, such as eating everything I get, going to sleep
directly after meal times and preserving my calories. I have
no illnesses or diseases, so I shouldn't be losing weight. Anatomy one one
The only way to loose weight is to burn more calories than you take in
and im doing everything I can                    _Scott Thomas_
not to burn calories, and I'm still                OFFENDER SIGNATURE
losing weight!

## HEALTH SERVICES RESPONSE/ENCOUNTER

This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, non-health services issues

| ☐ Schedule within | _____ days/weeks/months | ☐ Next available sick call | ☐ No visit required |
|---|---|---|---|

_____

_____

_____

_____

_____

| RESPONDER signature and stamp (all copies) | DATE and TIME |
|---|---|



## PRESCRIPTIONS MUST BE WRITTEN ON DOC 13-435 PRIMARY ENCOUNTER REPORT (PER) OR IN CIPS

Distribution: **WHITE/YELLOW** – Responder, **PINK** – Offender keeps
Distribution upon completion: **WHITE** – Health Record, **YELLOW** – Return to Offender with Response

*State law (RCW 70.02) and/or federal regulations (42 CFR Part 2) prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.*

DOC 13-423 (11/20/2015)          DOC 610.040   DOC 610.650   DOC 630.500   DOC 630.540                    KITES





**Department of**
**Corrections**
WASHINGTON STATE

**HEALTH SERVICES KITE**

This form must be used to request non-emergency
health care services, except in facilities where kiosks or sign-up sheets are used.

*PLEASE PRINT*          *SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY*

| LAST NAME Thomas, | | FIRST NAME Scott | | |
|---|---|---|---|---|
| DOC NUMBER - 382460 | FACILITY CBCC | UNIT/CELL IMU E-603 | DATE 6-21-17 | TIME 4:00 pm |
| JOB/PROGRAM | | JOB/PROGRAM HOURS | DAYS OFF | |

*If you feel you have an actual medical emergency, alert the staff and do not use this form.*

**TYPE OF REQUEST (check only one box per form)**

[✓] MEDICAL          [ ] DENTAL          [ ] MENTAL HEALTH

[ ] MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

[ ] OPTOMETRY          [ ] OTHER: _____

**REASON FOR REQUEST (list problem or medications needing refill)**

I would like to sign up for sick call to be evaluated about
my weight. I'm losing weight due to the forced diet, cause
of all the food we aren't getting because of the (AHCC) recall

Thank you!

OFFENDER SIGNATURE

**HEALTH SERVICES RESPONSE/ENCOUNTER**

This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, non-health services issues

[ ] Schedule within _____ days/weeks/months          [ ] Next available sick call          [ ] No visit required

Seen in clinic

| RESPONDER signature and stamp (all copies) | DATE and TIME 6/22/17 |
|---|---|

**PRESCRIPTIONS MUST BE WRITTEN ON DOC 13-435 PRIMARY ENCOUNTER REPORT (PER) OR IN CIPS**

Distribution: **WHITE/YELLOW** – Responder, **PINK** – Offender keeps
Distribution upon completion: **WHITE** – Health Record, **YELLOW** – Return to Offender with Response

*State law (RCW 70.02) and/or federal regulations (42 CFR Part 2) prohibit disclosure of this information without the specific written
consent of the person to whom it pertains, or as otherwise permitted by law.*

DOC 13-423 (11/20/2015)          DOC 610.040   DOC 610.650   DOC 630.500   DOC 630.540          KITES



**Department of**
# Corrections
WASHINGTON STATE

**HEALTH SERVICES KITE**

This form must be used to request non-emergency
health care services, except in facilities where kiosks or sign-up sheets are used.

*PLEASE PRINT*                    ***SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY***

| LAST NAME Thomas , | | FIRST NAME Scott | | |
|---|---|---|---|---|
| DOC NUMBER 382460 | FACILITY CBCC | UNIT/CELL IMU F-603 | DATE 6-21-17 | TIME 4:00 pm |
| JOB/PROGRAM | | JOB/PROGRAM HOURS | | DAYS OFF |

*If you feel you have an actual medical emergency, alert the staff and do not use this form.*

**TYPE OF REQUEST (check only one box per form)**

☑ MEDICAL          ☐ DENTAL          ☐ MENTAL HEALTH

☐ MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

☐ OPTOMETRY          ☐ OTHER: _____

**REASON FOR REQUEST (list problem or medications needing refill)**

I would like to sign up for sick call to be evaluated about
my weight I losing weight due to the forced diet cause
of all the food we arent getting because of the (AHCC) recall

Thank you!

OFFENDER SIGNATURE

**HEALTH SERVICES RESPONSE/ENCOUNTER**

This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, non-health services issues

☐ Schedule within _____ days/weeks/months          ☐ Next available sick call          ☐ No visit required

RESPONDER signature and stamp (all copies)          DATE and TIME

**PRESCRIPTIONS MUST BE WRITTEN ON DOC 13-435 PRIMARY ENCOUNTER REPORT (PER) OR IN CIPS**

Distribution: **WHITE/YELLOW** – Responder, **PINK** – Offender keeps
Distribution upon completion: **WHITE** – Health Record, **YELLOW** – Return to Offender with Response

*State law (RCW 70.02) and/or federal regulations (42 CFR Part 2) prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.*



**Department of**
**Corrections**
WASHINGTON STATE

**HEALTH SERVICES KITE**

This form must be used to request non-emergency
health care services, except in facilities where kiosks or sign-up sheets are used.

*PLEASE PRINT*          ***SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY***

| LAST NAME Thomas, Scott | | FIRST NAME Scott | |
|---|---|---|---|
| DOC NUMBER 382460 | FACILITY CBCC | UNIT/CELL IMU E-603 | DATE 6-22-17 | TIME 12:20 PM |
| JOB/PROGRAM | JOB/PROGRAM HOURS | | DAYS OFF |

*If you feel you have an actual medical emergency, alert the staff and do not use this form.*

**TYPE OF REQUEST (check only one box per form)**

☑ MEDICAL          ☐ DENTAL          ☐ MENTAL HEALTH

☐ MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

☐ OPTOMETRY          ☐ OTHER: _____

**REASON FOR REQUEST (list problem or medications needing refill)**

I Just came back from my sick call all I want is for you to
verify that I was 241.6 lbs on (4-22-17) and today I was
220 lbs on(6-22-17) Thats 21+ lbs I have lost since 5-18-17
when I was Placed on a forced diet, because of the (AHCC)
food Recall. you said you cant give me snacks or ensure
cause im overweight. But should be my choice to be able to
Sustain weight not overweight not underweight but
sustaine. I didnt start losing until this Recall began!

_Scott Thomas_
OFFENDER SIGNATURE

**HEALTH SERVICES RESPONSE/ENCOUNTER**
This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, non-health services issues

| ☐ Schedule within ____ days/weeks/months | ☒ Next available sick call | ☒ No visit required |
|---|---|---|

Addressed in Clinic 6/22/17

| RESPONDER signature and stamp (all copies) | DATE and TIME 6/23/17 |
|---|---|

**PRESCRIPTIONS MUST BE WRITTEN ON DOC 13-435 PRIMARY ENCOUNTER REPORT (PER) OR IN CIPS**

Distribution: WHITE/YELLOW – Responder, PINK – Offender keeps
Distribution upon completion: WHITE – Health Record, YELLOW – Return to Offender with Response

*State law (RCW 70.02) and/or federal regulations (42 CFR Part 2) prohibit disclosure of this information without the specific written
consent of the person to whom it pertains, or as otherwise permitted by law.*

DOC 13-423 (11/20/2015)          DOC 610.040   DOC 610.650   DOC 630.500   DOC 630.540          KITES



**Department of Corrections**
WASHINGTON STATE

**HEALTH SERVICES KITE**

This form must be used to request non-emergency
health care services, except in facilities where kiosks or sign-up sheets are used.

*PLEASE PRINT*   ***SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY***

| LAST NAME Thomas, Scott | | FIRST NAME Scott | | |
|---|---|---|---|---|
| DOC NUMBER 382460 | FACILITY CBCC | UNIT/CELL IMU E-603 | DATE 6-22-17 | TIME 12:20 PM |
| JOB/PROGRAM | | JOB/PROGRAM HOURS | | DAYS OFF |

*If you feel you have an actual medical emergency, alert the staff and do not use this form.*

**TYPE OF REQUEST (check only one box per form)**

☑ MEDICAL     ☐ DENTAL     ☐ MENTAL HEALTH

☐ MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

☐ OPTOMETRY     ☐ OTHER: _____

**REASON FOR REQUEST (list problem or medications needing refill)**

I Just came back from my sick call all I want is for you to
verify that I was 241.6 lbs on (4-22-17) and today I was
220 lbs on (6-22-17) Thats 21+ lbs I have lost since 5-18-17
when I was placed on a forced diet, because of the (AHCC)
food recall, you said you cant give me snacks or ensure
cause im overweight. But should be my choice to be able to
sustain weight not overweight not underweight but
sustained, I didnt start losing until this recall began!

_Scott Thomas_
OFFENDER SIGNATURE

**HEALTH SERVICES RESPONSE/ENCOUNTER**

This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, non-health services issues

☐ Schedule within _____ days/weeks/months     ☐ Next available sick call     ☐ No visit required

_____

_____

_____

_____

_____

| RESPONDER signature and stamp (all copies) | DATE and TIME |
|---|---|

**PRESCRIPTIONS MUST BE WRITTEN ON DOC 13-435 PRIMARY ENCOUNTER REPORT (PER) OR IN CIPS**

Distribution: **WHITE/YELLOW** – Responder, **PINK** – Offender keeps
Distribution upon completion: **WHITE** – Health Record, **YELLOW** – Return to Offender with Response

*State law (RCW 70.02) and/or federal regulations (42 CFR Part 2) prohibit disclosure of this information without the specific written
consent of the person to whom it pertains, or as otherwise permitted by law.*

DOC 13-423 (11/20/2015)     DOC 610.040   DOC 610.650   DOC 630.500   DOC 630.540     KITES



Department of
**Corrections**
WASHINGTON STATE

**HEALTH SERVICES KITE**

This form must be used to request non-emergency
health care services, except in facilities where kiosks or sign-up sheets are used.

*PLEASE PRINT*            ***SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY***

| LAST NAME Thomas, Scott | | FIRST NAME Scott | | |
|---|---|---|---|---|
| DOC NUMBER 382460 | FACILITY CBCC | UNIT/CELL Imu E-603 | DATE 6-22-17 | TIME 12:30 pm |
| JOB/PROGRAM | | JOB/PROGRAM HOURS | DAYS OFF | |

***If you feel you have an actual medical emergency, alert the staff and do not use this form.***

**TYPE OF REQUEST (check only one box per form)**

☑ MEDICAL          ☐ DENTAL          ☐ MENTAL HEALTH

☐ MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

☐ OPTOMETRY          ☐ OTHER: _____

**REASON FOR REQUEST (list problem or medications needing refill)**

was I 241.6 lbs on (4-22-17) and 220 lbs
on (6-22-17) ?

            Yes or no

_____
OFFENDER SIGNATURE

**HEALTH SERVICES RESPONSE/ENCOUNTER**
This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, non-health services issues

| ☐ Schedule within ____ days/weeks/months | ☒ Next available sick call | ☐ No visit required |
|---|---|---|

Addressed in clinic 6/22/17

Kite ms Omstead to see your
records

_____
RESPONDER signature and stamp (all copies)          DATE and TIME 6/23/17

**PRESCRIPTIONS MUST BE WRITTEN ON DOC 13-435 PRIMARY ENCOUNTER REPORT (PER) OR IN CIPS**

Distribution: **WHITE/YELLOW** – Responder, **PINK** – Offender keeps
Distribution upon completion: **WHITE** – Health Record, **YELLOW** – Return to Offender with Response

*State law (RCW 70.02) and/or federal regulations (42 CFR Part 2) prohibit disclosure of this information without the specific written
consent of the person to whom it pertains, or as otherwise permitted by law.*

DOC 13-423 (11/20/2015)          DOC 610.040   DOC 610.650   DOC 630.500   DOC 630.540          KITES


Department of
# Corrections
WASHINGTON STATE

**HEALTH SERVICES KITE**

This form must be used to request non-emergency
health care services, except in facilities where kiosks or sign-up sheets are used.

*PLEASE PRINT*          ***SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY***

| LAST NAME Thomas, Scott | | FIRST NAME Scott | | |
| DOC NUMBER 382460 | FACILITY CBCC | UNIT/CELL IMU F-603 | DATE 6-22-17 | TIME 12:30 pm |
| JOB/PROGRAM | | JOB/PROGRAM HOURS | DAYS OFF | |

***If you feel you have an actual medical emergency, alert the staff and do not use this form.***

**TYPE OF REQUEST (check only one box per form)**

☑ MEDICAL      ☐ DENTAL      ☐ MENTAL HEALTH

☐ MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

☐ OPTOMETRY      ☐ OTHER: _____

**REASON FOR REQUEST (list problem or medications needing refill)**

was I 241.6 lbs on (4-22-17) and 220 lbs
on (6-22-17)?
        yes or no

_____
OFFENDER SIGNATURE

## HEALTH SERVICES RESPONSE/ENCOUNTER
This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, non-health services issues

| ☐ Schedule within ____ days/weeks/months | ☐ Next available sick call | ☐ No visit required |

| RESPONDER signature and stamp (all copies) | DATE and TIME |

## PRESCRIPTIONS MUST BE WRITTEN ON DOC 13-435 PRIMARY ENCOUNTER REPORT (PER) OR IN CIPS

Distribution: WHITE/YELLOW – Responder, PINK – Offender keeps
Distribution upon completion: WHITE – Health Record, YELLOW – Return to Offender with Response

*State law (RCW 70.02) and/or federal regulations (42 CFR Part 2) prohibit disclosure of this information without the specific written
consent of the person to whom it pertains, or as otherwise permitted by law.*

Grievance Continued    2 of 2    6-2-17

The reall started on 5-18-17 and the issue is still ongoing. Since the Airway heights recall started this is what we have Been Shorted

Thursday 5-18-17 Dinner — 2 choclate chip cookies, Dinner roll & Butter
Friday 5-19-17 ~~Dinner~~ lunch - Breakfast Sandwich Dinner - Butter Brekle muffin
Saturday 5-20-17 Dinner - Wheat roll and Butter
Sunday 5-21-17 Breakfast - muffin, Bran Bar - lunch - Hamburger bun Dinner — wheat roll
monday 5-22-17 Breakfast - Butter Brekle muffin lunch - 2 cookies Dinner - wheat roll Butter 2 cookies
Tuesday 5-23-17 lunch - 2 cookies
wednesday 5-24-17 lunch - 1 PBJ Sandwich, Brownie Dinner - wheat roll, Butter Breakfast, Breakfast S.
Thursday 5-25-17 Breakfast - Bran muffin lunch - 2 cookies Dinner - wheat roll, butter
Friday 5-26-17 Breakfast - Breakfast sandwich lunch - 1 PBJ Sandwich, Brownie Dinner - cupcake wheat roll
Saturday 5-27-17 lunch - 2 oatmeal cookies Dinner - wheat roll, butter
Sunday 5-28-17 breakfast - muffin, Bran Bar lunch - Hamburger bun
monday 5-29-17 breakfast - Butter Brekle muffin lunch - 2 cookies Dinner - Corn muffin, Butter
Tuesday 5-30-17 lunch - 2 cookies Dinner 2 choclate chip cookies
wednesday 5-31-17 Breakfast - Breakfast Sandwich lunch - 1 PBJ Sandwich, Brownie Dinner - wheat roll, Butter
Thursday 6-1-17 Breakfast - Bran muffin lunch - 2 cookies Dinner - 2 choclate chip cookies wheat roll, Butter
Friday 6-2-17 Breakfast - Breakfast sandwich lunch - 1 PBJ Sandwich Brownie Dinner — wheat roll, Butter

These are the Dates, meals, and all the food we have Been Shorted. like I said the issue is still ongoing and the airway heights recall is still in effect.
   Also the food that we do get like the salad, The vegetables, and the main course are always shorted. like whoever is scooping the food is too weak to handle the Spoon. also the Sack lunches we are Being fed are short food 1 cookie and the bread is stale and not sealed The whole process is unsanitary and the applesauce tastes terrible. we are Being underfed.

LEGAL MAIL

food missing at meals

| | |
|---|---|
| Sun. 6-4-17 | Breakfast- CI muffin, Bran Bar  Dinner - 2 cookies, wheat roll |
| Mon. 6-5-17 | Breakfast- Butter brickle muffin  lunch- 2 cookies  Dinner- Pasta salad |
| Tue. 6-6-17 | lunch - 2 Cookies |
| Wed 6-7-17 | Breakfast- Breakfast sandwich  lunch- 1 PBJ sandwich, Brownie  Dinner - 2 lemon cookies, wheat roll |
| Thur. 6-8-17 | Breakfast - Bran muffin  lunch - CI cookies |
| Fri. 6-9-17 | Breakfast- Breakfast sandwich  lunch- 1 PBJ, Brownie |
| Sat. 6-10-17 | Dinner - wheat roll, cupcake |
| Sun. 6-11-17 | Breakfast- PBJ, bran Bar  lunch- Chilli, CI muffin  Dinner - CI cook |
| Mon 6-12-17 | Breakfast- oatmeal, CI muffin  lunch - CI cookies  Dinner - wheat roll |
| Tue 6-13-17 | lunch- CI cookies  Dinner- wheat roll, Brownie  we were given contaminated CI cookies, forced to throw away |
| Wed. 6-14-17 | Breakfast- breakfast sandwich  lunch- Bread, 1 PBJ, Brownie  Dinner- wheat roll, CI muffin |
| Thur. 6-15-17 | Breakfast- bran muffin  lunch- CI cookies  Dinner- wheat roll |
| Fri. 6-16-17 | Breakfast- breakfast sandwich  lunch- 1 PBJ, Brownie  Dinner- CI muffin |
| Sun. 6-18-17 | breakfast- Bran Bar, CI muffin  Dinner- wheat roll |
| Mon. 6-19-17 | Breakfast- Given contaminated CI muffin, forced to throw away  lunch- CI cookies  Dinner CI cookies |
| Tue. 6-20-17 | lunch - CI cookies, Cheese |
| Wed 6-21-17 | lunch - 1 PBJ, Brownie |
| Thur. 6-22-17 | breakfast- contaminated CI muffin, forced to throw away  lunch- Bread, CI cookies |
| Fri 6-23-17 | Breakfast- oatmeal, Breakfast Sandwich  lunch- 1 PBJ, brownie  Dinner- CI muffin |
| Sat. 6-24-17 | lunch - CI cookies |
| Sun. 6-25-17 | Breakfast - CI muffin |
| Mon. 6-26-17 | Breakfast- contaminated CI muffin, forced to throw away |

Tue. 6-27-17 lunch - ct cookies   Dinner - ct cookies
Wed. 6-28-17 lunch - 1 BJ, brownie
Thur. 6-29-17 Breakfast - cI muffin  lunch - Cheese, cI cookies
Fri. 6-30-17 Breakfast - Contaminated muffin  lunch - Brownie
Sun. 7-2-17 Breakfast - Contaminated ct muffin forced to throw
away Dinner - Contaminated ct cookies, thrown away
Mon. 7-3-17 Breakfast - ct muffin, contaminated, threw away
Tue 7-4-17 lunch - Contaminated ct cookies, had to throw
away
Wed 7-5-17 lunch - Contaminated cI cookies
Thur. 7-6-17 Breakfast - Contaminated cI muffin, threw
away lunch - ZI cookies  Dinner - cI cookies
Fri. 7-7-17 lunch cI cookies
Sat 7-8-17 Dinner - contaminated ct muffin Threw away
Sun. 7-9-17 lunch - contaminated cI muffin threw away
Mon 7-10-17 Breakfast - contaminated ct muffin, lunch - Contaminated
ct cookies, threw away
Tue 7-11-17 lunch - cont ct cookies threw away Dinner
cont, muffin threw away
Wed 7-12-17 lunch - cont cookies, threw away
Thur. 7-13-17 Breakfast - cont. cI muffin, threw away
Fri. 7-14-17 first day we recieved our normal
issue of cI food and boats in a month and
a half, recall ends, what was supposed to be
7-10 days was a month and a half.

Scott Thomas



Department of
# Corrections
W A S H I N G T O N   S T A T E

LOG I.D. NUMBER
17634073

**OFFENDER COMPLAINT**

**CHECK ONE:** ☐ Initial  ☐ Emergency  ☐ Appeal  ☑ Rewrite

**RESIDENTIAL FACILITIES:** Send completed form to the Grievance Coordinator. Explain <u>what happened</u>, <u>when</u>, <u>where</u>, and <u>who</u> was involved or which policy/procedure is being grieved. Be as brief as possible, but include the necessary facts. Use only one complaint form. A formal grievance begins on the date the typed grievance forms are signed by the Coordinator. Contact a Department employee to report an emergency situation or to initiate an emergency complaint. Please attempt to resolve all complaints through the appropriate Department employee(s) before pursuing a grievance.

**NOTE:** Complaints must be filed within <u>20 working days</u> of the incident. Appeals must be filed within <u>5 working days</u> of receiving the response. Include log ID # on rewrite or response being appealed.

| Last Name | First | Middle | DOC Number | Facility/Office | Unit/Cell |
|---|---|---|---|---|---|
| Thomas | Scott | William | 382460 | CBCC | IMU E-G03 |

**COMMUNITY SUPERVISION:** Send completed copies of this form directly to: Grievance Program Manager, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

| MAILING ADDRESS:  STREET OR P.O. BOX | CITY, STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|

**COMPLAINT:** constitution state statute (13.8.1) states: That prison officials have the duty to provide there prisoners with the basic necessities of life such as clothing, food, shelter, and medicine failure to provide these items will render the officials liable to civil suit. Since the Airway heights recall crisis began on (5-18-17) we have been shorted 1 or 2 items at each meal time making it to where we are only being fed the equivalent of two meals per day. The clallam bay correction center has made no attempt to address or remedy the situation. Therefore I know we are not being fed the proper amount of calories mandated by law. I have asked for the policy about this issue and have not received it. the staff here seems not to care we are under/fead thats why I'm grieving ~~state~~ washington DOC and The CBCC kitchen.

**SUGGESTED REMEDY:** I suggest that the kitchen either substitute items for the items (alternative) or give us two of the same thing or more of the food we are recieving to make up or supplement the loss. 1 of 2

~~Mandatory~~   Scott W Thomas   6-2-17

grievance continues on seperate sheet....

Signature   Date

---

**GRIEVANCE COORDINATOR'S RESPONSE**

Your complaint is being returned because:
☐ It is not a grievable issue.
☐ You requested to withdraw the complaint.
☐ You failed to respond to callout (sheet) on _____.
☐ Administratively Withdrawn
☒ The formal grievance/appeal paperwork is being prepared.

Facility/Office _IMU_   Date Received _6/5/17_

☒ The complaint was resolved informally.
☐ Additional information and/or rewriting needed. (See below.)
   Return within 5 working days or by: _____.
☐ No rewrite received
☐ Sent to _____ (facility) on _____ (date).

**EXPLANATION:** Accepted, Level 1

| Coordinator's Name (print) | Coordinator's Signature | Date |
|---|---|---|
| McDoeltha | (signature) | 6/6/17 |

**G.3**



**Department of**
# Corrections
WASHINGTON STATE

LOG I.D. NUMBER
17633530

**OFFENDER COMPLAINT**

CHECK ONE:   ☑ Initial   ☐ Emergency   ☐ Appeal   ☐ Rewrite

**RESIDENTIAL FACILITIES:** Send completed form to the Grievance Coordinator. Explain what happened, when, where, and who was involved or which policy/procedure is being grieved. Be as brief as possible, but include the necessary facts. Use only one complaint form. A formal grievance begins on the date the typed grievance forms are signed by the Coordinator. Contact a Department employee to report an emergency situation or to initiate an emergency complaint. Please attempt to resolve all complaints through the appropriate Department employee(s) before pursuing a grievance.

**NOTE:**   Complaints must be filed within 20 working days of the incident. Appeals must be filed within 5 working days of receiving the response. Include log ID # on rewrite or response being appealed.

| Last Name | First | Middle | DOC Number | Facility/Office | Unit/Cell |
|---|---|---|---|---|---|
| Thomas | Scott | William | 382460 | CBCC | IMU E-603 |

**COMMUNITY SUPERVISION:** Send completed copies of this form directly to: Grievance Program Manager, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

| MAILING ADDRESS:   STREET OR P.O. BOX | CITY, STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|

**COMPLAINT:** Constitution, state statute, state's: That prison officials have the duty to provide there prisoners 13.8.1 with the basic necessities of life, such as clothing, food, shelter, and medicine failure to provide these items will render the official liable to civil suit.

Since the Airway Recall crisis Biginning (5-18-17) to ongoing started we have been shorted 1 to 2 items a meal making it to where we are only be feed to the equivelent of 2 meals a day. The CBCC kitchen has made no attent to adress or remedy the situation, so, we have not been recieving the amount of calories per day we have coming to us. That is why im brieving DOC and The kitchen staff at CBCC

**SUGGESTED REMEDY:** I suggest that the kitchen either substitute items for items even if it means giving us 2 of the same thing, or that they give us more of the food they are giving us to supplement the loss.

Mandatory   Signature _Scott Thomas_   Date 5-25-17

---

**GRIEVANCE COORDINATOR'S RESPONSE**

Your complaint is being returned because:
☐ It is not a grievable issue.
☐ You requested to withdraw the complaint.
☐ You failed to respond to callout (sheet) on _____
☐ Administratively Withdrawn
☐ The formal grievance/appeal paperwork is being prepared.

| Facility/Office _IMU_ | Date Received 5/30/17 |
|---|---|

☐ The complaint was resolved informally.
☑ Additional information and/or rewriting needed (See below.)
   Return within 5 working days or by: 6/5/17
☐ No rewrite received
☐ Sent to _____ (facility) on _____ (date).

**EXPLANATION:** In order to process your complaint please indicate the date (s) incidents occurred and the specific meal (Breakfast, lunch or dinner). Please always indicate what was not provided and/or what you believe was missing

| Coordinator's Name (print) M. Holthe | Coordinator's Signature | Date 5/30/17 |
|---|---|---|

DOC 05-165 Front (Rev. 04/01/14)

DOC 310.100, DOC 550.100



Department of
**Corrections**
WASHINGTON STATE

| LOG I.D. NUMBER |
| --- |
| 17634803 |

**OFFENDER COMPLAINT**

**CHECK ONE:** ☑ Initial ☐ Emergency ☐ Appeal ☐ Rewrite

**RESIDENTIAL FACILITIES:** Send completed form to the Grievance Coordinator. Explain what happened, when, where, and who was involved or which policy/procedure is being grieved. Be as brief as possible, but include the necessary facts. Use only one complaint form. A formal grievance begins on the date the typed grievance forms are signed by the Coordinator. Contact a Department employee to report an emergency situation or to initiate an emergency complaint. Please attempt to resolve all complaints through the appropriate Department employee(s) before pursuing a grievance.

**NOTE:** Complaints must be filed within 20 working days of the incident. Appeals must be filed within 5 working days of receiving the response. Include log ID # on rewrite or response being appealed.

| Last Name | First | Middle | DOC Number | Facility/Office | Unit/Cell |
| --- | --- | --- | --- | --- | --- |
| Thomas | Scott | William | 382460 | CBCC | IMU E-G03 |

**COMMUNITY SUPERVISION:** Send completed copies of this form directly to: Grievance Program Manager, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

| MAILING ADDRESS: STREET OR P.O. BOX | CITY, STATE | ZIP CODE | TELEPHONE |
| --- | --- | --- | --- |
| | | | |

**COMPLAINT:** On May 18th 2017 Airway heights had a recall on CI products, food such as bread, muffins, Brambars, ECT. As of today 6-13-17 the recall is still in effect. So for nearly a month now we have been deprived of these items, we have gone hungry because of this issue, being deprived and starved do to the fact that the majority of our food comes from Airway heights CI. It takes a toll on you mentally and physically. I didnt think it could get any worse, but tonight at dinner I was proven wrong tonight I was forced to recieve food and throw it away because we were given CI wheat roll and oatmeal cookies. we have gone a month without these items, it appears for no reason, cause the recall is still in effect and tonight we were given contaminated food items IE . wheat roll and oatmeal cookies. The lack of care is unjust we are still starved and thats why im Grieving Washington DOC, CBCC, and CBCC

**SUGGESTED REMEDY:** I suggest you find a likely substitute for the items we cant have, with are Airway heights kitchen CI products, and dont give us any more CI products, which we are forced to throw away untill Recall is over. Mandatory [signature] 6-13-17

Dont give us any more contaminated food!

Signature _____ Date

| GRIEVANCE COORDINATOR'S RESPONSE | Facility/Office | Date Received |
| --- | --- | --- |
| Your complaint is being returned because: | IMU | 6/16/17 |
| ☐ It is not a grievable issue. | ☐ The complaint was resolved informally. | |
| ☐ You requested to withdraw the complaint. | ☐ Additional information and/or rewriting needed. (See below.) | |
| ☐ You failed to respond to callout (sheet) on _____ | Return within 5 working days or by: _____ | |
| ☒ Administratively Withdrawn Not accepted | ☐ No rewrite received _____ . | |
| ☐ The formal grievance/appeal paperwork is being prepared. | ☐ Sent to _____ (facility) on _____ (date). | |

**EXPLANATION:** This issue was addressed in Log #17634561 which you had the option of submitting on appeal if not satisfied with the response. Per the Grievance Manual you may only submit one complaint per issue therefore this complaint will not be accepted

| Coordinator's Name (print) | Coordinator's Signature | Date |
| --- | --- | --- |
| M. [illegible] | [signature] | 6/16/17 |

DOC 05-165 Front (Rev. 04/01/14)                                        DOC 310.100, DOC 550.100

LOG I.D. NUMBER/*NÚM. DE REGISTRO*

**17634561**



### Department of
# Corrections
WASHINGTON STATE

## LEVEL I - INITIAL GRIEVANCE
### *NIVEL 1 - QUEJA INICIAL*

| Name: *NOMBRE:* | Last *APELLIDO* | First *PRIMERO NOMBRE* | Middle *2DO NOMBRE* | DOC Number *NUMERO DOC* | Facility/Office *FACILIDAD* | Unit/Cell *UNIDAD/CELDA* |
|---|---|---|---|---|---|---|
| | Thomas | Scott | W | 382460 | CBCC | EG03 |

| PART A - INITIAL GRIEVANCE/*PARTE A - QUEJA INICIAL* | Date Typed 6/13/17 | Date Due 6/20/17 |
|---|---|---|

**I WANT TO GRIEVE /** *QUIERO QUEJARME DE***:** Constitution State Statute (13.8.1) states: That prison officials have the duty to provide their prisoners with the basic necessities of life such as clothing, food, shelter, and medicine. Failure to provide these items will render the officials liable to civil suit. Since the Airway Heights recall crisis began on (5-18-17) we have been shorted 1 or 2 items at each meal time making it to where we are only being feed the equivalent at two meals per day. The Clallam Bay Correction Center has made no attempt to address or remedy the situation. Therefore I know we are not being feed the proper amount of calories mandated by law. I have asked for the policy about this issue and have not received it. The staff here seems not to care we are under feed that's why I'm grieving Washington DOC and the CBCC kitchen.

**SUGGESTED REMEDY /** *REMEDIO SUGERIDO***:** I suggest that the kitchen either substitute items for items (alternative) or give us two of the same thing or more of the food we are receiving to make up or supplement the loss. 1 of 2 Grievance continues on separate sheet...

| s/s M. Holthe, CS2 | 6/6/17 | s/s Scott Thomas | 6/2/17 |
|---|---|---|---|
| Grievance Coordinator Signature *FIRMA DE COORDINADOR DE QUEJAS* | Date *FECHA* | Grievant Signature *FIRMA DE QUEJANTE* | Date *FECHA* |

| PART B - LEVEL I RESPONSE / *PARTE B RESPUESTA PRIMER NIVEL* |
|---|

In response to your complaint I consulted with Food Service staff.

Information gathered during the investigation indicates that the incident involving Airway Heights (AHCC) Food Factory caused food shortages at each facility. Some of the major vendors throughout the State were contacted by multiple facilities and as such vendors were having a difficult time in meeting the needs of each facility. Although substitutions were made when possible, there was a few occasions when substitutions were simply not available. Additional information indicates that outside vendors are now producing a higher volume of products in order to meet the needs of the Department as whole, and as such the need for substitutions are less frequent.

Based on the information presented, outside vendors were initially unable to meet the needs of the entire Department however products are now being received much quicker and at a greater volume. While the Department apologies for any inconvenience this issue may have caused, the problem is being resolved as quickly as possible. Thank you for your patience and understanding in this matter.

| M. Holthe | *[signature]* | 6/13/17 |
|---|---|---|
| Grievance Coordinator Signature *COORDINADOR DE QUEJAS* | | Date *FECHA* |

You may appeal this response by submitting a written appeal to the Coordinator within five (5) working days from date this response was received. *Ud. puede apelar esta respuesta al someter una apelación por escrito al coordinador dentro de cinco (5) días de trabajo de la fecha en que esta respuesta fue recibida.*

63



**Department of**
# Corrections
WASHINGTON STATE

LOG I.D. NUMBER

*1763456l*

**OFFENDER COMPLAINT**

**CHECK ONE:** ☐ Initial  ☐ Emergency  ☑ Appeal  ☐ Rewrite

**RESIDENTIAL FACILITIES:** Send completed form to the Grievance Coordinator. Explain <u>what happened</u>, <u>when</u>, <u>where</u>, and <u>who</u> was involved or which policy/procedure is being grieved. Be as brief as possible, but include the necessary facts. Use only one complaint form. A formal grievance begins on the date the typed grievance forms are signed by the Coordinator. Contact a Department employee to report an emergency situation or to initiate an emergency complaint. Please attempt to resolve all complaints through the appropriate Department employee(s) before pursuing a grievance.

**NOTE:** <u>Complaints</u> must be filed within <u>20 working days</u> of the incident. <u>Appeals</u> must be filed within <u>5 working days</u> of receiving the response. Include log ID # on rewrite or response being appealed.

| Last Name | First | Middle | DOC Number | Facility/Office | Unit/Cell |
|-----------|-------|--------|------------|-----------------|-----------|
| Thomas | Scott | William | 382460 | CBCC | IMU E-603 |

**COMMUNITY SUPERVISION:** Send completed copies of this form directly to: Grievance Program Manager, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

| MAILING ADDRESS: STREET OR P.O. BOX | CITY, STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|
| | | | |

**COMPLAINT:** I am appealing this decision, because I feel know the answer not to be the truth. The only thing that has brought in from an outside vendor is the loaf bread we get to make our sandwiches. We are still not getting our breakfast sandwiches on wednesday's or Fridays. On wednesdays and Fridays also we are only getting one PBJ and we are supposed to get two. we arent getting wheat rolls, Brownies, cookies, Bran bars, muffins, etc.. The production of our lunch bags are not efficient most times there are still people missing a slice of bread, cheese, or peanut butter, and so forth. There are still no real substitutions being made we are still being deprived what our regular menu culls for. ITS phsycolisically damaging to be dependent on the state food and not recieve it, as well as never being satisfied at any meal. Respectfully, Scott Thomas

**SUGGESTED REMEDY:** as I have previously stated I feel the kitchen staff needs to do a better Job, and Try harder to make sure we are getting the proper amount of food, and calories.

Mandatory ___Scott Thomas___ Signature   ___6-16-17___ Date

| **GRIEVANCE COORDINATOR'S RESPONSE** | Facility/Office IMU | Date Received 6 19 17 |
|---|---|---|
| Your complaint is being returned because: | ☐ The complaint was resolved informally. | |
| ☐ It is not a grievable issue. | ☐ Additional information and/or rewriting needed. (See below.) | |
| ☐ You requested to withdraw the complaint. | Return within 5 working days or by: _____. | |
| ☐ You failed to respond to callout (sheet) on _____ | ☐ No rewrite received _____. | |
| ☐ Administratively Withdrawn _____. | ☐ Sent to _____ (facility) on _____ (date). | |
| ☑ The formal grievance/appeal paperwork is being prepared. | | |

**EXPLANATION:** accepted, Level 2

| Coordinator's Name (print) M. Holm | Coordinator's Signature M. Holm | Date 6/19/17 |
|---|---|---|

DOC 05-165 Front (Rev. 04/01/14)  
DOC 310.100, DOC 550.100

Department of
# Corrections
WASHINGTON STATE

**LOG I.D. NUMBER**
*17635151*

**OFFENDER COMPLAINT**

**CHECK ONE:** ☑ Initial   ☐ Emergency   ☐ Appeal   ☐ Rewrite

**RESIDENTIAL FACILITIES:** Send completed form to the Grievance Coordinator. Explain what happened, when, where, and who was involved or which policy/procedure is being grieved. Be as brief as possible, but include the necessary facts. Use only one complaint form. A formal grievance begins on the date the typed grievance forms are signed by the Coordinator. Contact a Department employee to report an emergency situation or to initiate an emergency complaint. Please attempt to resolve all complaints through the appropriate Department employee(s) before pursuing a grievance.

**NOTE:** Complaints must be filed within 20 working days of the incident. Appeals must be filed within 5 working days of receiving the response. Include log ID # on rewrite or response being appealed.

| Last Name | First | Middle | DOC Number | Facility/Office | Unit/Cell |
|-----------|-------|--------|-----------|-----------------|-----------|
| Thomas | Scott | will'm | 382460 | CBCC | ImuE-603 |

**COMMUNITY SUPERVISION:** Send completed copies of this form directly to: Grievance Program Manager, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

| MAILING ADDRESS: STREET OR P.O. BOX | CITY, STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|
| | | | |

**COMPLAINT:** In my most recent Grievance, LOG ID #(17634803) you did not except, because you said It was an issue that has already been Grieved, However, that is not the case. What I was Grieving is the fact that two times now, on: (6-13-17) and (6-19-17) we have been given CI cookies than muffin, Due to the Recall from (AHCC) They are not edible, therefore we are forced to throw them away. That is why Im Grieving The WAshington D.O.C. and clallam Bay correction center, kitchen, because, worse then not recieving food is the fact that we did and had to discard it that is the issue Im Grieving

**SUGGESTED REMEDY:**
Stop giving us contaminated food we are forced to throw away Its physcologicaly abusive.

Mandatory _[signature]_    6-19-17

Signature                          Date

---

**GRIEVANCE COORDINATOR'S RESPONSE**
Your complaint is being returned because:
☐ It is not a grievable issue.
☐ You requested to withdraw the complaint.
☐ You failed to respond to callout (sheet) on _____
☒ Administratively Withdrawn  Not accepted
☐ The formal grievance/appeal paperwork is being prepared.

| Facility/Office | Date Received |
|---|---|
| IMU | 6·22·17 |

☐ The complaint was resolved informally.
☐ Additional information and/or rewriting needed. (See below.)
   Return within 5 working days or by: _____ .
☐ No rewrite received
☐ Sent to _____ (facility) on _____ (date).

**EXPLANATION:** 1. If you were not satisfied with the response provided you had the option of submitting Therefore, this complaint will not be accepted or processed as a new complaint. 2. Although the dates of occurrance are the same, the basis of your complaint is the same. 3. The cookies are "not" from AHCC

| Coordinator's Name (print) | Coordinator's Signature | Date |
|---|---|---|
| M Hatley | _[signature]_ | 6/22/17 |

DOC 05-165 Front (Rev. 04/01/14)                    DOC 310.100, DOC 550.100