UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SCOTT WILLIAM THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF CORRECTIONS, et al.,<br><br>Defendant. | CASE NO. C17-5417 BHS-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 24. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) Defendants' motion to dismiss, Dkt. 19, is **GRANTED**. Plaintiff's claims against Defendant Department of Corrections (DOC) are **DISMISSED with prejudice**. Plaintiff's claims against Defendants Brian Bowers and Robert Monger are **DISMISSED without prejudice**.

.

Dated this 7th day of November, 2018.

*[signature]*
BENJAMIN H. SETTLE
United States District Judge