# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

SCOTT WILLIAM THOMAS,

    Plaintiff,

v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al.,

    Defendant.

CASE NO. C17-5417 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 26. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Defendants' motion for summary judgment, Dkt. 21, is **GRANTED**; and

ORDER - 1

(3) Plaintiff's amended complaint, Dkt. 8, is **DISMISSED with prejudice**.

Dated this 6th day of February, 2019.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2